UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NGHIA CONG TRINH,<br><br>    Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents. | No. CV 09-6794-GAF (AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

On September 17, 2009, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federa. Custody. (Dkt. No. 1.) On November 10, 2009, Respondents filed a Motion to Dismiss the Petition. (Dkt. No. 9.) Petitioner's opposition was due within 30 days of service of the motion, or December 10, 2009. (Order ¶ 4, Dkt. No. 3.) To date, Petitioner has not filed an opposition.

Accordingly, IT IS ORDERED that, on or before **February 8, 2010**, Petitioner shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. ***Filing an opposition or notice of nonopposition to the motion to dismiss on or before February 8, 2010, shall be deemed compliance with this Order to Show Cause.***

***If Plaintiff does not timely file an opposition or notice of nonopposition on or before February 8, 2010, the court will recommend that the action be dismissed without prejudice for plaintiff's failure to prosecute and/or failure to comply with a court order.*** See Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).

DATED: January 14, 2010

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE