# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NGHIA CONG TRINH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JANET NAPOLITANO, et al.,<br><br>　　　　Respondents. | No. CV 09-6794-GAF (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge. The Report and Recommendation is adopted with the following corrections:

　　　　1.　　On page 1, line 19, the name "Fees" is corrected to "Feess"

　　　　2.　　On page 2, line 4, the word "Federa." is corrected to "Federal"

　　　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: March 19, 2010

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Feess
　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE