# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NGHIA CONG TRINH,<br><br>        Petitioner,<br><br>   v.<br><br>JANET NAPOLITANO, et al.,<br><br>        Respondents. | No. CV 09-6794-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: March 19, 2010

                                        GARY A. FEESS
                         UNITED STATES DISTRICT JUDGE